

:Michael-Guy:of the MALLONEE, Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal Trust Estate. Private Minister of Justice.
Original jurisdiction Non-assumpsit/TDC:
23605 7th Avenue West, Bothell, Washington
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
(425) 761-3560, De Jure American National's of Israel

FILED _____ ENTERED
_____ LODGED _____ RECEIVED
JUL 16 2012  DJ
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

Civilian Flag of Peace

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Michael-Guy: of the MALLONEE Estate, Living Man. And :Mark-Edward:, Duly Authorize Administrator for MALLONEE Trust Estate. <u>Not Pro Se</u> <u>De Jure Americans.</u><br><br>vs                             Petitioners<br><br>Yvonne J. Wheeler and Rosalyn Hall *and/or her successor, individually, and in her official capacity as* A.V.P. For CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON and AURORA LOAN SERVICES, LLC, and James K. Miersma, Janaya L. Carter, Lauren Davidson Humphrey s, Valerie I Holder, *and/or her successor, individually, and in their official capacity in* ROUTH CRABTREE OLSEN, P.S. and U.S. BANK NATIONAL ASS, R.K ARNOLD, VILMA CASTRO, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, and SNOHOMISH COUNTY SHERIFF OFFICE, JOHN LOVICK, DEPUTY MURPHY #1439 and COLDWELL BANKER BAIN, BARRY THARP and STATE OF WASHINGTON & Subsidiarity Agency's & Alleged, Grantor's, Grantees & Beneficiary's 1-100. ALL *an ens legis being used to conceal fraud,*<br><br>                             Respondents | Admiralty Case No.C12-1016-RAJ.<br>(Original Estate-Article III; Constitution)<br><br>AFFIDAVIT OF PREJUDICE<br><br>Notice All orders Are Null and Void of Judge, Richard Anthony Jones, ORDER TO SHOW CAUSE Case 2:12-cv-01016-RAJ Document 8 Filed 07/06/12 Page 1 of 1 by JUDGE RICHARD A. JONES Response Date August 3, 2012. Further Notice, of removal of Judge, Richard Anthony Jones, from Admiralty Case No.C12-1016-RAJ for Conflict of interest.<br><br>NOTICE TO CLERK: The bill of lading therefore takes away the immunity of clerks and judges, if the cargo is not delivered into the admiralty court, and adds criminal penalties for compliance failures.<br><br>No Magistrates. No one may handle this case but an Article III judge The nature of this cause is Injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A).<br><br>CERTIFICATE OF SERVICE. |

AFFIDAVIT OF PREJUDICE                    1 of 7



12-CV-01016-INDI

## AFFIDAVIT OF PREJUDICE

1) **Comes now,** Petitioners of the MALLONEE Estate family Trust speaking for his family and estate, :Michael-Guy: Living Man. And :Mark-Edward:, Duly Authorize Administrator for MALLONEE Trust Estate. We are regenerate men in the faith of Yahoshua H'Mashiach ܝܫܘܥ ܡܫܝܚܐ [1] and making a special visitation by absolute ministerial right to the district court, "restricted appearance" under Rule E (8). Municipal agent's and their co-conspirators Respondents has been making false claims, Creating fraudulent assignments and UN-perfected liens, faults Debt and fraudulent transfers of trustees deed, and other public records herein and violating their oath of office, and illegal theft and conversion of real property Herein. And this counterclaim and notice lis pendens are now in the "exclusive original cognizance" of the United States through the district court - see the First Judiciary Act of September 24, 1789, Chapter 20, page 77.

2) Affiant's State That, Our Counterclaim and Complaint for A Libel of Review common law counterclaim in admiralty notice lis pendens and verified statement of right Re: Mortgage is Ultra Vires, false claim in *assumpsit* to rights in the original estate-Article III; Constitution, Directed the court to the federal question of: Can agents of a foreign principal and or there instrumentality's operate constitutionally in original estate-Article III; of the Constitution, The district courts have "exclusive original cognizance" of all inland seizures and this includes vessels in rem (Rule C (3)) such as trust organizations and legal last names (:Michael-Guy:MALLONEE, :Mark-Edward:HILL, Petitioners, Respondents, *Etc*).

---

[1] ܝܫܘܥ ܗܢܨܪܝ ܡܠܟ ܗܝܗܘܕܝܡ Yehoshua H'Natzrith V'Molech H'Hadiim – *Jesus Christ King of the Jews.* Hebrew acronym YHVH the Name of God.

AFFIDAVIT OF PREJUDICE         2 of 7

3)      Affiant's State That, The respondents did in fact with unlawful force removed petitioner from his home under threat and duress, and did in fact by way of fraudulent conveyance of real property, and the bottom line is a federal jurisdiction Question of Law, Judge did not offer petitioners a opportunity to amend Complaint, Nor are there any Lawful motions or responses filed by any of the Respondents, apparently one can only presume the judge is making a effort to protect the interest of his fellow BAR Members of the (WSBA) blocking our opportunity for discovery though our subpoenas and evidence that this inland seizure, of petitioners real property, The question is did congress give Congressional authority to operate in, IN REM.

4)      Affiant's State That, There is evidence of fraud upon the court by respondents and default as a matter of law, We Petitioners do not feel we can have a fair hearing of any kind due to the circumstance listed herein, We ask that JUDGE RICHARD A. JONES remove himself from this case for a conflict of interest and attempt to block our absolute ministerial right to the district court, in our special proceedings UNDER the suitors clause in original estate-Article III; Constitution. Title 28 U.S.C. § 2074. Rules of procedure and evidence; submission to Congress; effective date **(b)** Any such rule creating, abolishing, or modifying an evidentiary privilege shall have no force or effect unless approved by Act of Congress.

5)      Affiant's State That, Title 28 U.S.C. § 1361. Action to compel an officer of the United States to perform his duty, The district courts shall have original jurisdiction of any action in the nature of mandamus to compel an officer or employee of the United States or any agency thereof to perform a duty owed to the Plaintiff's. A writ mandamus is filed into said case, This Should Apply to petitioners.

6)      Affiant's State That, Title 28 U.S.C. § 455. Disqualification of justice, judge, or

AFFIDAVIT OF PREJUDICE            3 of 7

magistrate judge, **(a)** Any justice, judge, or magistrate judge of the United States shall disqualify himself in any proceeding in which his impartiality might reasonably be questioned.

**(b)** He shall also disqualify himself in the following circumstances:

**(1)** Where he has a personal bias or prejudice concerning a party, or personal knowledge of disputed evidentiary facts concerning the proceeding;

**(2)** Where in private practice he served as lawyer in the matter in controversy, or a lawyer with whom he previously practiced law served during such association as a lawyer concerning the matter, or the judge or such lawyer has been a material witness concerning it;

**(3)** Where he has served in governmental employment and in such capacity participated as counsel, adviser or material witness concerning the proceeding or expressed an opinion concerning the merits of the particular case in controversy;

**(4)** He knows that he, individually or as a fiduciary, or his spouse or minor child residing in his household, has a financial interest in the subject matter in controversy or in a party to the proceeding, or any other interest that could be substantially affected by the outcome of the proceeding;

**(5)** He or his spouse, or a person within the third degree of relationship to either of them, or the spouse of such a person:

**(i)** Is a party to the proceeding, or an officer, director, or trustee of a party;

**(ii)** Is acting as a lawyer in the proceeding;

**(iii)** Is known by the judge to have an interest that could be substantially affected by the outcome of the proceeding;

**(iv)** Is to the judge's knowledge likely to be a material witness in the proceeding.

**(c)** A judge should inform himself about his personal and fiduciary financial interests, and make a reasonable effort to inform himself about the personal financial interests of his spouse and minor children residing in his household.

**(d)** For the purposes of this section the following words or phrases shall have the meaning indicated:

**(1)** "proceeding" includes pretrial, trial, appellate review, or other stages of litigation;

(2) the degree of relationship is calculated according to the civil law system;

(3) "fiduciary" includes such relationships as executor, administrator, trustee, and guardian;

(4) "financial interest" means ownership of a legal or equitable interest, however small, or a relationship as director, adviser, or other active participant in the affairs of a party, except that:

(i) Ownership in a mutual or common investment fund that holds securities is not a "financial interest" in such securities unless the judge participates in the management of the fund;

(ii) An office in an educational, religious, charitable, fraternal, or civic organization is not a "financial interest" in securities held by the organization;

(iii) The proprietary interest of a policyholder in a mutual insurance company, of a depositor in a mutual savings association, or a similar proprietary interest, is a "financial interest" in the organization only if the outcome of the proceeding could substantially affect the value of the interest;

(iv) Ownership of government securities is a "financial interest" in the issuer only if the outcome of the proceeding could substantially affect the value of the securities.

(e) No justice, judge, or magistrate judge shall accept from the parties to the proceeding a waiver of any ground for disqualification enumerated in subsection (b). Where the ground for disqualification arises only under subsection (a), waiver may be accepted provided it is preceded by a full disclosure on the record of the basis for disqualification.

7)   (f) Notwithstanding the preceding provisions of this section, if any justice, judge, magistrate judge, or bankruptcy judge to whom a matter has been assigned would be disqualified, after substantial judicial time has been devoted to the matter, because of the appearance or discovery, after the matter was assigned to him or her, that he or she individually or as a fiduciary, or his or her spouse or minor child residing in his or her household, has a financial interest in a party (other than an interest that could be substantially affected by the outcome), disqualification is not required if the justice, judge, magistrate judge, bankruptcy judge, spouse or minor child, as the case may be, divests himself or herself of the interest that

AFFIDAVIT OF PREJUDICE            5 of 7

provides the grounds for the disqualification. Affiants Sayeth Naught.

## NOTARY PUBLIC'S JURAT

BEFORE ME, a Notary Public, in and for said State of Washington, the above named natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of July _16th_, 2012.

WITNESS my hand and official seal.

STATE OF WASHINGTON
COUNTY OF KING /s/ _____
Notary Public GREGORY J DEWIG
My Commission Expires On: 3-11-2015

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

### DECLARATION UNDER PENALTY OF PERJURY

We, declare under the penalties of perjury that all statements in Petitioners verified response to Writ: ORDER TO SHOW CAUSE are true correct and complete in the foregoing to the best of our knowledge and belief investigated and researched in good faith.

_____(Lawful seal)
:Michael-Guy:of the MALLONEE,family Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.

_____(Lawful seal)
Grantee:Mark-Edward:, Duly Authorize Administrator.

_____(Lawful seal)
(Witness)

Original Jurisdiction 1789 A.D. united States of America

AFFIDAVIT OF PREJUDICE          6 of 7

:Michael-Guy:of the MALLONEE, Estate, Living Man.
Sole Equitable Holder of the legal Trust Estate by Birth Right.
:Mark-Edward:Hill, Duly Authorize Administrator.
of the legal Trust Estate. Private Minister of Justice.
Original jurisdiction Non-assumpsit/TDC:
23605 7th Avenue West, Bothell, Washington
DMM Reg. Sec.122.32; Public Law 91-375, Sec.403
(425) 761-3560, De Jure American National's of Israel


Civilian Flag of Peace

## UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| :Michael-Guy: of the MALLONEE Estate, Living Man. And :Mark-Edward:, Duly Authorize Administrator for MALLONEE Trust Estate. Not Pro Se <br> De Jure Americans. <br><br> vs        Petitioners <br><br> Yvonne J. Wheeler and Rosalyn Hall *and/or her successor, individually, and in her official capacity* as A.V.P. For CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON and AURORA LOAN SERVICES, LLC, and James K. Miersma, Janaya L. Carter, Lauren Davidson Humphrey s, Valerie I Holder, *and/or her successor, individually, and in their official capacity* in ROUTH CRABTREE OLSEN, P.S. and U.S. BANK NATIONAL ASS, R.K ARNOLD, VILMA CASTRO, MORTGAGE ELECTRONIC REGISTRATION SYSTEMS INC, and SNOHOMISH COUNTY SHERIFF OFFICE, JOHN LOVICK, DEPUTY MURPHY #1439 and COLDWELL BANKER BAIN, BARRY THARP and STATE OF WASHINGTON & Subsidiarity Agency's & Alleged, Grantor's, Grantees & Beneficiary's 1-100. ALL *an ens legis being used to conceal fraud,* <br><br>        Respondents | Admiralty Case No.C12-1016-RAJ. <br> (Original Estate-Article III; Constitution) <br><br> **AFFIDAVIT OF PREJUDICE** <br><br> Notice All orders Are Null and Void of Judge, Richard Anthony Jones, <br> ORDER TO SHOW CAUSE <br> Case 2:12-cv-01016-RAJ Document 8 Filed 07/06/12 Page 1 of 1 by <br> JUDGE RICHARD A. JONES <br> Response Date August 3, 2012. <br> Further Notice, of removal of Judge, Richard Anthony Jones, from Admiralty Case No.C12-1016-RAJ for Conflict of interest. <br><br> NOTICE TO CLERK: The bill of lading therefore takes away the immunity of clerks and judges, if the cargo is not delivered into the admiralty court, and adds criminal penalties for compliance failures. <br><br> No Magistrates. No one may handle this case but an Article III judge The nature of this cause is Injunctive relief, albeit preemptive. Title 28 U.S.C. §636(b)(1)(A). <br><br> **CERTIFICATE OF SERVICE.** |
|---|---|

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by hand by :Mark-Edward:To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and party's listed above by US MAIL.

DATED: Bothell, Washington 07/16/2012 _____*Mallowes*_____ (Lawful seal)
:Michael-Guy: MALLONEE: Living Man. Grantor Sole Equitable Executor of the legal Trust Estate by Birth Right

_____*Mark-Edward*_____ (Lawful seal)
Grantee:Mark-Edward:, Duly Authorize Administrator.

(Seal: Original Jurisdiction 1789 A.D. united States of America)