___FILED ___ENTERED
___LODGED ___RECEIVED

AUG 07 2012

At Seattle
Chambers of Judge Richard A. Jones
Western District of Washington

**ORIGINAL**

12-CV-01016-CVSHT

# UNITED STATES DISTRICT COURT  WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| :Michael-Guy: of the MALLONEE  Estate, Living  Man. And :Mark-Edward:, Duly Authorize Administrator for MALLONEE Trust Estate. <u>Not Pro Se</u> <u>De Jure  Americans.</u><br><br>vs                                        Petitioners<br><br>Yvonne J. Wheeler and Rosalyn Hall A.V.P. For CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON and AURORA LOAN SERVICES, LLC,<br>                                        Respondents | Admiralty Case No.C12-1016-RAJ.<br>(Original Estate-Article III; Constitution)<br><br>PROTECTION ORDER<br><br>NOTICE TO CLERK:<br>This protection order has State Secrets WITHIN and private communications it is not to be made public.(hereinafter, **Highly "Confidential Information")**<br>DO Not attempt to interpret our Documents with out reading them through, any questions please call petitioners with the number listed, The bill of lading therefore takes away the immunity of clerks and judges, if the cargo is not delivered into the admiralty court, and adds criminal penalties for compliance failures. |

## PROTECTIVE ORDER

The parties hereto having stipulated to the entry of a Protective Order under 29 CFR 1614 et seq and Rule 26(c) of the Federal Rules of Civil Procedure and it appearing that such an Order is necessary and appropriate and will facilitate discovery, IT IS HEREBY ORDERED THAT:

Complainant may designate as "confidential" any documents, responses, electronic data, transcripts, or other information, including Responses to Discovery (hereinafter, Highly "Confidential Information") that is produced to the Agency which:

1. Related to Federal and State Secrets and commerce through trust other issues (whether those

of Complainant or others); "Confidential" Commercial Information, Trade Secret information

2. Relate to Complainant's state secret.(s); state secret. A governmental <u>matter</u> that would be a <u>threat</u> to the <u>national defense</u> or <u>diplomatic</u> interests of the United States if revealed; <u>information</u> possessed by the <u>government</u> and of a <u>military</u> or diplomatic <u>nature</u>, the <u>disclosure</u> of which would be contrary to the <u>public interest</u>. • <u>State</u> secrets are <u>privileged</u> from disclosure by a <u>witness</u> in an <u>ordinary judicial proceeding</u>. -- Also termed <u>governmental secret</u>; <u>government secret</u>. See <u>executive privilege</u> under PRIVILEGE (3). [Cases: <u>Witnesses 216</u>. C.J.S. *Witnesses* §§ 361-364.] And

3. Similar material between foreign entity's through intercourse for diplomatic relationships in chambers for in-camera hearing providing due process for the claims and proof of the trusts and claims to one of the trust which is Admiralty Case No.C12-1016-RAJ the trust res. And DECLARATION OF TRUST. Know as: 23605 7th Avenue West, Bothell, Washington, Parcel No.003770-000-001-00 and the expressed the trust in 1776 The Declaration of Independence which basically says that we have all rights given to us by Yahweh and all those rights are unalienable. They can't be transferred. Thus creating estoppel. And

4. Claims To Protective Trusts [§498] (*see supra,* §493). A "protective trust" usually is an ordinary trust that pays out its income regularly but which, upon an attempted voluntary or involuntary alienation of the beneficiary's interest, becomes a discretionary trust, sometimes a broad one to apply the income for the benefit of any or all of a group that includes the original beneficiary (*see infra,* §500). And

5. Claims To Discretionary Trusts [§490] A "discretionary trust" is one in which the trustee [U.S. bankruptcy trustee] is given *discretion to make or apply (or withhold) distributions* of

income or principal or both to or for one or more beneficiaries, whether or not the instrument [The Declaration of Independence] provides standards for the trustee's guidance (*but see infra,* §501). And

6. Claims To the Rights of prescription, *n.* 1. The <u>act</u> of establishing authoritative rules. <u>Cf.</u> <u>PROSCRIPTION</u>. 2. A <u>rule so</u> established. -- Also termed (archaically) <u>prescript</u>. 3. The <u>effect</u> of the <u>lapse</u> of <u>time</u> in creating and destroying rights. [Cases: <u>Limitation of Actions 1. C.J.S.</u> <u>Limitations of Actions §§ 2-4.</u>] 4. The extinction of a <u>title</u> or <u>right</u> by <u>failure to claim</u> or <u>exercise</u> it over a <u>long</u> period. -- Also termed <u>negative prescription</u>; <u>extinctive prescription</u>. 5. The <u>acquisition</u> of title to a <u>thing</u> (esp. an <u>intangible thing</u> such as the <u>use</u> of <u>real property</u>) by <u>open</u> and continuous <u>possession</u> over a <u>statutory period</u>. -- Also termed <u>positive prescription</u>; <u>acquisitive prescription</u>. Cf. <u>ADVERSE POSSESSION</u>. See (for senses 3-5) <u>PERIOD OF PRESCRIPTION</u>. [Cases: <u>Adverse Possession 1-95. C.J.S.</u> *Adverse Possession* <u>§§ 2-225, 263-299, 327-338;</u> <u>Conflict of Laws</u> § 76.] 6. *Int'l* <u>law</u>. The acquisition of a <u>territory</u> through a continuous and <u>undisputed</u> exercise of <u>sovereignty</u> over it. 7. *Oil & gas.* A Louisiana <u>doctrine</u> that extinguishes unused <u>mineral</u> servitude's after ten years if there is no effort to discover or <u>produce</u> on the <u>land</u> or the land pooled with it. And

7. Notice Grantor hereby transfers all to Trusts to the Trust Known as :Admiralty Case No.C12-1016-RAJ and trustee Richard Anthony Jones, for our benefit, with and under special deposit, Trust Depository or known as: specific deposit. Specifying purpose for the deposit for the res, convert trust property into cash or credit and we order it be applied to the debt, or the obligations in cause for the Non-Judicial foreclosure action, for the purpose of the Original and only True Grantor's in fact.

8. Documents and information designated Confidential Information in accordance with this Order shall be used solely for the purpose of this action for settlement and closure of all accounts related to Trust matters, and those documents and information, and any information contained therein or reasonably inferred therefrom, shall not be disclosed to any person other than (a) Grantors and beneficiaries in fact of record to this Order; (b) the Administrative and Trustee Judge; (c) The Department of Treasury, (d) Security Exchange Commission, (e) Standard and Poor's for Cu sip information to settle and close accounts.

9. Confidential Information disclosed to any such person shall not be disclosed by him/her to any other person not included within the foregoing subparagraphs (a) through (e) of this paragraph. No such documents or information designated as confidential pursuant to this Order shall be used by any such person for any purpose other than for the preparation to collapse any Trust by direction of the the Grantor and close accounts as directed.

10. Within twenty-one days after final settlement of this action, including any appeals, the Agency shall (a) return to opposing Petitioners/Grantors all originals and copies of confidential documents or documents reflecting Confidential Information and any Confidential Information and (b) certify in writing that the provisions of this paragraph have been complied with.

11. Any document, exhibit, or transcript designated Confidential Information in accordance with this Order, and which is otherwise admissible, may be used to close trusts, provided, however, that the parties agree that they will work with the Trustee to identify trust collapse procedures, such as filing under seal and/or in chambers camera reviews, that will protect and maintain the private nature of highly sensitive information. If filed under seal, the

protected information will nevertheless be accessible to the EEOC Office of Federal Operations.

12. Nothing contained in this Order, nor any action taken in compliance with it, shall operate as an admission or assertion by any witness or person or entity producing documents that any particular document or information is, or is not, admissible into evidence.

13. **EXCLUSION/EVICTION:**

[x ] the Petitioners/Grantors/Beneficiary's are granted exclusive possession of the residence where they resides either temporarily or permanently, which is located at: 23605 7th Avenue West, Bothell, Washington,

[ ] _____ or [ ] an undisclosed location.

15. Nothing in this Order shall prevent any party from using or disclosing their own documents or information, regardless of whether they are designated confidential.

        IT IS SO ORDERED:

_____
Article III Tribunal Judge Richard Anthony Jones

We further agree to be subject to the jurisdiction of equity, In Chambers Only or private communication to enforce this Order.

       AGREED TO:

_____(Lawful seal)
:Michael-Guy:of the MALLONEE, family Estate, Living Man.
Sole Equitable Holder of ALL legal Trust Estate by Birth Right.
Beneficiary of Original Estate-Article III; Constitution.

_____(Lawful seal)
Grantor:Mark-Edward:, Duly Authorize Administrator. and
Sole Equitable Holder of ALL legal Trust Estate by Birth Right.
Beneficiary of Original Estate-Article III; Constitution.