# ORIGINAL

Title 4 § 1 Positive Law
Flag of the Republic.

:Michael-Guy:of the Clan Mallonee, Living Man.
Citizenship is of Heaven with unalienable Nativity Rights,
To union State of Kansas &:Mark-Edward:of the Clan Hill,
Citizenship is of Heaven with unalienable Nativity Rights,
To union State of Illinois, and Kingdom of Hawaii
a Minister of Justice /Non-assumpsit/TD
23605  7th Avenue West, Bothell, Washii
DMM Reg. Sec.122.32; Public Law 91-3
De Jure  American National's, Sovereign
(425) 761-3560

———— FILED  ———— ENTERED
———— LODGED———— RECEIVED

SEP   6 2012   DJ

AT SEATTLE
CLERK U.S. DISTRICT COURT

12-CV-01016-OBJ

## UNITED STATES DISTRICT COURT  WESTERN DISTRICT OF WASHINGTON AT SEATTLE

:Michael-Guy: And :Mark-Edward:,
**Not Pro Se, Not Plaintiffs, or subject to Article I Section 8 Jurisdiction (e.g. Public servant, civil service, military or corporate offices).**
de jure  American National's, Sovereign.

vs                                      Petitioners

Yvonne J. Wheeler and Rosalyn Hall
*and/or her successor, individually, and in her official capacity as* A.V.P. For CAL-
WESTERN RECONVEYANCE
CORPORATION OF WASHINGTON
and AURORA LOAN SERVICES, LLC,
and James K. Miersma, Janaya L. Carter,
Lauren Davidson Humphrey s, Valerie I
Holder, *and/or her successor, individually, and in their official capacity in* ROUTH
CRABTREE OLSEN, P.S. and U.S. BANK
NATIONAL ASS, R.K ARNOLD, VILMA
CASTRO, MORTGAGE ELECTRONIC
REGISTRATION SYSTEMS INC, and
SNOHOMISH COUNTY SHERIFF
OFFICE, JOHN LOVICK, DEPUTY
MURPHY #1439 and COLDWELL
BANKER BAIN, BARRY THARP and

Admiralty Case No.C12-1016-RAJ.
(Original Estate-Article III; Constitution)

NOTICE OF REMOVAL TO THE
UNITED STATES SUPREME COURT
BY WAY OF AFFIDAVIT.

MANDATORY JUDICIAL NOTICE
Petitioner's mandatory judicial notice of
Constructive fraud upon the court, Fraud by
conversion and All actions heard in an
Article I tribunal are subject to hearing
de novo as a matter of right in the
supervising Article III court.

RE: Diversity of Citizenship, And False
claims in *assumpsit* to rights, God-given
unalienable rights in the original Estate -
Article III; Constitution Court of the
American Republic and 48 Union States.

FURTHER NOTICE
of identity theft, of birth rights and birth
name, by all Attorneys or officers of said
court and fraud by Judge Richard Anthony
Jones servants whom modify our names and
Citizenship without our consent is strictly
prohibited, No person or government has the

STATE OF WASHINGTON & Subsidiarity Agency's & Alleged, Grantor's, Grantees & Beneficiary's 1-100. ALL *an ens legis being used to conceal fraud,*

Now joined as 3rd party's to this action Richard Anthony Jones and David A. Weibel, and Barbara L. Bollero, and Timothy B. Hering ALL *an ens legis being used to conceal fraud,*

Respondents

authority to modify or change our name except Us.:Michael-Guy:& :Mark-Edward:, this is our Identity we are lawfully distinct from all artificial entity's whom organized, programmed a deliberate manner to achieve an unlawful affect or advantage over Us the living Souls hereinafter.

CERTIFICATE OF SERVICE
Bill of Lading Tracking No.
7011 3500 0000 4808 5701.
Cargo Document
NOTICE OF REMOVAL TO THE UNITED STATES SUPREME COURT
BY WAY OF AFFIDAVIT.
Public Vessels Universal-Legal-Technology.

**Comes Now,** :Michael-Guy: Living Man, Citizenship is of Heaven with unalienable Nativity Rights To union State of Kansas &:Mark-Edward: Citizenship is of Heaven with unalienable Nativity Rights, To union State of Illinois, and Ambassador for Kingdom of Hawaii a Public Minister of Justice, pursuant to the Original Estate-Article III; Constitution we are regenerate men in the faith of Yahoshua H'Mashiach ᛏ ᛃᛟ�giften ᛁᛚᛚ and making a special visitation by absolute ministerial right to the united States District Court, Western District at Seattle, by "restricted appearance" under Supplemental Rule E (8). We are over the age of 18 and create this notice of removal by way of affidavit upon the information of the court and county as of record that the facts in this case are true correct and complete, Affiant's are the petitioners :Michael-Guy: and :Mark-Edward:, hereinafter Affiants State That, with good faith investigating based upon our information and belief as follows:

### Jurisdiction and Venue Law of the Flag

in fact **vacate order to show cause,** on 07/19/12, as soon as we started defaulting and moving forward in common law, said judge covered up and fraudulently closed our case without authority or jurisdiction, this judge and attorneys hereinafter are **Article I Section 8 Jurisdiction (e.g. Public servant, civil service, military or corporate offices).** Did not have jurisdiction to close said case, it should have remained opened as a re depository evidence filing and to refuse any and all presentments and offers by any Article I Section 8 Jurisdiction.

8)      Affiants States and declare, the following 3rd party Respondents are joined and a amended complaint will be issued to the UNITED STATES SUPREME COURT with additional respondents, this case is now removed from this court to THE UNITED STATES SUPERVISING SUPERIOR COURT for a hearing de novo charges and criminal complaints will be filed and presented to the UNITED STATES SUPREME COURT for them to review, the petitioners are common law of the republic of Kansas and Illinois are private American Nations with full organic state of Kansas and Illinois and United States of America Constitutions 1776, . With full and all rights reserved, FURTHER AFFIANT SAYETH NAUGHT.                    **NOTARY PUBLIC'S JURAT**

BEFORE ME, a Notary Public, in and for said State of Washington, the above named natural person did appear and is personally known by me, and who, upon first being duly sworn and/or affirmed, deposes and says that the foregoing asseveration is true to the best of their knowledge and belief. affirmed before me and signed in my presence this day of September _5th_ 2012.


WITNESS my hand and official seal
/s/
Notary Public
My Commission Expires On: //-/5-/2

Notary Public
State of Washington
JEFF J WEINSEAL
My Appointment Expires Nov 18, 2012

The use of a Notary Witness for attestation purposes does not convey jurisdiction to any foreign fictional entity, or change my character or standing in Law.

## DECLARATION UNDER PENALTY OF PERJURY

We, declare under the penalties of perjury that all in this NOTICE OF REMOVAL TO THE UNITED STATES SUPREME COURT BY WAY OF AFFIDAVIT. is true correct and complete in the foregoing to the best of our knowledge and belief

_____ (Lawful seal)
:Michael-Guy: of the Republic American National Nativity Right.

_____ (Lawful seal)
:Mark-Edward:, of the Republic American National Nativity Right.
Public minister of justice 1789 Judiciary Act private sector.

## CERTIFICATE OF SERVICE

Yvonne Jill. Wheeler, A.V.P. For CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON 525 East Main Street El Cajon, CA 92020.
CAL-WESTERN RECONVEYANCE CORPORATION OF WASHINGTON, 525 East Main Street El Cajon, CA 92020.
Janaya L. Carter ROUTH CRABTREE OLSEN, P.S. 13555 SE 36 st Suite 300 Bellevue WA 98006.
James K. Miersma  and AURORA LOAN SERVICES, LLC ROUTH CRABTREE OLSEN, P.S. 13555 SE 36  st Suite 300 Bellevue WA, 98006.
Rosalyn Hall 1050 B Street Apt # 412 San Diego, CA  92101.
U.S. BANK NATIONAL ASSOCIATION, TRUSTEE, HOME EQUITY LOAN PASS-THOUGH TRUST CERTIFICATES SERIES 2007-HSA2. Suit 300, 8742  Lucent Blvd Highlands Ranch, CO, 80129.
R.K ARNOLD, and  VILMA CASTRO,  MORTGAGE ELECTRONIC  REGISTRATION SYSTEMS INC. P.O. Box 2026, Flint, MI 48501-2026.
SNOHOMISH  COUNTY SHERIFF OFFICE, JOHN LOVICK, DEPUTY MURPHY #1439.  3000 Rockerfeller Ave M/S # 606 Everett, WA,  98201.
COLDWELL BANKER BAIN, BARRY THARP. Direct:  4100 194th St SE #135. Lynnwood , WA  98036,
STATE OF WASHINGTON, Attention Christen  Gregoire, 416 Sid Snyder Ave SW, Suite 200. PO Box 40002. Olympia, WA 98504.
David A. Weibel, WSBA #24031 Barbara L. Boffero, WSBA #28906 BISHOP, WHITE, MARSHALL & WEIBEL, P.S.720 Olive Way, Suite 1201
Timothy B. Hering Dunn Carey Allen Higgins & Tongue LLP  851 SW Sixth Avenue, Suite 1500 Portland, OR 97204.

## CERTIFICATE OF SERVICE

I, HEREBY CERTIFY that a true and correct, complete of the foregoing, was duly served by  hand by :Michael-Guy:To; Deputy clerk of the UNITED STATES DISTRICT COURT WESTERN DISTRICT OF WASHINGTON AT SEATTLE and party's listed above by US MAIL.

DATED: Bothell,Washington  09/06/2012  _____ (Lawful seal)
:Michael-Guy: of the republic American National Nativity Right.

_____ (Lawful seal)
:Mark-Edward:, of the republic American National Nativity Right.
Public minister of justice 1789 Judiciary Act private sector.

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GUY MALLONEE, et al.

Plaintiffs,

v.

YVONNE WHEELER, et al.,

Defendants.

CASE NO. C12-1016 RAJ

ORDER TO SHOW CAUSE

This matter comes before the court *sua sponte*. On June 12, 2012, plaintiffs filed a complaint that is largely incomprehensible. Plaintiffs' basis of jurisdiction appears to be admiralty. Dkt. # 1 ¶ 1. However, plaintiffs have not alleged any facts that give rise to admiralty jurisdiction. Rather, plaintiffs' complaint seems to address non-judicial foreclosure of property. *Id.* ¶¶ 11-51. The court ORDERS plaintiffs to SHOW CAUSE why the complaint should not be dismissed for lack of jurisdiction. Plaintiffs must respond to this order no later than August 3, 2012. Failure to demonstrate a proper basis for jurisdiction will result in dismissal.

Dated this 6th day of July, 2012.

*Richard A Jones*

The Honorable Richard A. Jones
United States District Judge

ORDER TO SHOW CAUSE- 1

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GUY MALLONEE, et al.

Plaintiffs,

v.

YVONNE WHEELER, et al.,

Defendants.

CASE NO. C12-1016 RAJ

ORDER VACATING ORDER TO SHOW CAUSE

On July 6, 2012, the court ordered plaintiffs to show cause why their complaint should not be dismissed for lack of jurisdiction. Dkt. # 8. On July 13, 2012, plaintiffs filed a response and an amended verified complaint. Dkt. # 10-11. In the amended complaint, plaintiffs cite to various federal statutes, which, if properly pled, could provide the court with jurisdiction. Accordingly, the court VACATES the order to show cause. The court also notes that it is inappropriate to demand responses from, or impose deadlines upon, the court. The court will disregard all such demands.

Dated this 19th day of July, 2012.

Richard A Jones

The Honorable Richard A. Jones
United States District Judge

ORDER VACATING ORDER TO SHOW CAUSE- 1

HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MICHAEL GUY MALLONEE, et al.

Plaintiffs,

v.

YVONNE WHEELER, et al.,

Defendants.

CASE NO. C12-1016 RAJ

ORDER

This matter comes before the court *sua sponte*. On July 6, 2012, the court ordered plaintiffs to show cause why their complaint should not be dismissed for lack of jurisdiction. Dkt. # 8. On July 13, 2012, plaintiffs filed a response and an amended verified complaint. Dkt. # 10-11. On July 19, 2012, the court vacated the order to show cause based on the amended verified complaint. Dkt. # 16. On July 26, 2012, plaintiffs clarified that the amended verified complaint was a verified criminal complaint that had been pre-dated and was intended to be filed with evidence. Dkt. # 21. Given plaintiffs' clarification, the court now reviews plaintiffs' response to the court's order to show cause to determine if there is a basis for subject matter jurisdiction.

In their response, plaintiffs again identify "admiralty and maritime jurisdiction" as the basis for subject matter jurisdiction. Plaintiffs provide the following as the basis for admiralty jurisdiction:

ORDER- 1

7) We are all vessels; human bags carrying "sea water." "Our blood has the same specific gravity as sea water." In the Bible, a woman is described as the "weaker vessel." (2) Cases that involve cargo belonging to the U.S.. [sic] Within the context of our case, when the cargo [the paperwork] of the United States harms us, the United States gives us a blanket waiver of immunity, or three, if the United States could be sued in the admiralty if it were a private party. Since we are going into an international jurisdiction, (a set aside, fenced territory) every time we go into court, we are entitled to sue the United States in the admiralty if the United States were a private party (emphasis added).

8) The Bill of Lading Act is another piece of legislation that helps level the playing field, by imposing liability against carriers that misplace, or miss deliver [sic] our cargo (paperwork). Cargo can literally be anything. All manners of things are shipped internationally, from cigarette lighters to books. So we are not making any sort of stretch to say our paperwork is cargo. . . .

10) The clerk is a public vessel, and the carrier. Our bill of lading identifies the cargo as the lawsuit, by describing the suit's postal registry number that we have placed on the Certificate of service, by describing the paperwork as having an American flag on the paperwork, etc. . . .

Dkt. # 10 at 4-5.

Given the above quoted response, and the remainder of plaintiffs' response, the court finds that plaintiff has failed to demonstrate that this court has subject matter jurisdiction through admiralty jurisdiction or otherwise. *See* 28 U.S.C. § 1333. For all the foregoing reasons, plaintiffs' complaint is DISMISSED for lack of subject matter jurisdiction. The clerk is directed to terminate all pending motions and to close this case.

Dated this 27th day of August, 2012.

The Honorable Richard A. Jones
United States District Judge

ORDER- 2